# EXHIBIT 12

LITE-ON IT SINGAPORE PTE. LTD.

8 CROSS STREET #11-00
PWC BUILDING SINGAPORE (048424)

INVOICE

INVOICE DATE: 20-MAY-2011  TRADE TERM: DDP
INVOICE NO: SIN100003142  FREIGHT TERM: Prepaid
PAYMENT TERM: O/A 90 days  SHIPPING METHOD: SEA
  FORWARDER:

SHIP TO:  BILL TO:
PHILIPS & LITE-ON DIGITAL SOLUTIONS USA
Inc. C/O SAM-SON DISTRIBUTION CENTER,  Philips & Lite-On Digital Solutions
INC  USA, Inc.
(PDC) 203 EGGERT ROAD, BUFFALO NY 14215  42000 Christy Street Fremont, CA 94538
phone - (800) 677-2535, fax - (716) 894-
7208 operations office, fax - (716) 894-
7229 administration office  United States
Operations Contact: Jim Ellis, Other
Contact: Steve Northman, denisek@sam-
son.com, enisek@sam-son.com
United States

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) | CUSTOMER PO#: PULL ORDER NO |
|---|---|---|---|---|---|
| 1 | 3772512013 | 1,200EA | 74.60 | 89,520.00 | |
|   | H/H BD WRITER-DH-12B2LH-L08-B(1HBS212)(OB)-LITEON-G.BOX | | | | |

TOTAL AMOUNT:  1,200.00EA  89,520.00

SAY TOTAL USD DOLLARS EIGHTY NINE THOUSAND FIVE HUNDRED TWENTY DOLLARS ONLY

LOTI
(IN DIA)
DRIVERS
S/N.NO.:SIN100003142
P/NO.:1-3
MADE IN CHINA
P.R.C
**************************************************************
ATTENTION: SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIAL(PLYWOOD ONLY)
& NOT TO BE STOWED BELOW OTHER CARGO
注意:非原木質包裝 & 嚴禁堆疊
VESSEL NAME:  ETD:  ETA:

CONTAINER NO.

2011/5/20

LITE-ON IT SINGAPORE PTE. LTD.

8 CROSS STREET #11-00
PWC BUILDING SINGAPORE (048424)

INVOICE

INVOICE DATE:20-MAY-2011  TRADE TERM:DDP
INVOICE NO:SIN100003139   FREIGHT TERM:Prepaid
PAYMENT TERM:O/A 90 days  SHIPPING METHOD:SEA
                          FORWARDER:

SHIP TO:                                BILL TO:
PHILIPS & LITE-ON DIGITAL SOLUTIONS USA
Inc. C/O SAM-SON DISTRIBUTION CENTER,   Philips & Lite-On Digital Solutions
INC                                     USA, Inc.
(PUC) 203 EGGERT ROAD, BUFFALO NY 14215 42000 Christy Street Fremont, CA 94538
phone - (800) 677-2535, fax - (716) 894-
7208 operations office, fax - (716) 894-
7229 administration office              United States
Operations Contact: Jim Ellis, Other
Contact: Steve Northman, denisck@sam-
son.com, cnlsck@sam-son.com
United States

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) | CUSTOMER PO#: PULL ORDER NO |
|---|---|---|---|---|---|
| 1 | 3772512006 H/H BD WRITER-HH-12D2LH-H01-B(BD340I)-HP OSSB-G.BOX-US | 420EA | 80.42 | 33,776.40 | |

---

TOTAL AMOUNT:            420.00EA              33,776.40

SAY TOTAL USD DOLLARS THIRTY THREE THOUSAND SEVEN HUNDRED SEVENTY SIX DOLLARS
AND FORTY CENTS ONLY

LUII
(IN DIA)
DRIVERS
S/N.NO.:SIN100003139
P/NO.:1-1
MADE IN CHINA
P.R.C
**********************************************************
ATTENTION: SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIAL(PLYWOOD ONLY)
           & NOT TO BE STOWED BELOW OTHER CARGO
注意:非原木質包裝 &嚴禁堆疊
VESSEL NAME:              ETD:                ETA:

CONTAINER NO.

LITE-ON IT SINGAPORE PTE. LTD.

8 CROSS STREET #11-00
PWC BUILDING SINGAPORE (048424)

INVOICE

INVOICE DATE: 20-MAY-2011
INVOICE NO: SIN100003140
PAYMENT TERM: O/A 90 days

TRADE TERM: DDP
FREIGHT TERM: Prepaid
SHIPPING METHOD: SEA
FORWARDER:

SHIP TO:
PHILIPS & LITE-ON DIGITAL SOLUTIONS USA
Inc. C/O SAM-SON DISTRIBUTION CENTER, INC
(PUC) 203 EGGERT ROAD, BUFFALO NY 14215
phone - (800) 677-2535, fax - (716) 894-7208 operations office, fax - (716) 894-7229 administration office
Operations Contact: Jim Ellis, Other
Contact: Steve Northman, denisek@sam-son.com, enisek@sam-son.com
United States

BILL TO:
Philips & Lite-On Digital Solutions USA, Inc.
42000 Christy Street Fremont, CA 94538
United States

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) | CUSTOMER PO#: PULL ORDER NO |
|---|---|---|---|---|---|
| 1 | 3772512012 H/H BD WRITER-DH-12B2SH-L29-H(1HBS)12)(29)-LUII-BULK-W/ | 1,250EA | 73.77 | 92,212.50 | |

TOTAL AMOUNT:  1,250.00EA   92,212.50

SAY TOTAL USD DOLLARS NINETY TWO THOUSAND TWO HUNDRED TWELVE DOLLARS AND FIFTY CENTS ONLY

LUII
(IN DIA)
DRIVERS
S/N.NO.: SIN100003140
P/NO.: 1-4
MADE IN CHINA
P.R.C
************************************************
ATTENTION: SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIAL (PLYWOOD ONLY)
& NOT TO BE STOWED BELOW OTHER CARGO
注意:非原木質包裝 &嚴禁堆疊

VESSEL NAME:            ETD:                 ETA:

CONTAINER NO.

LITE-ON IT SINGAPORE PTE. LTD.
8 CROSS STREET #11-00
PWC BUILDING SINGAPORE (048424)

INVOICE

INVOICE DATE: 20-MAY-2011
INVOICE NO: SIN100002200
PAYMENT TERM: O/A 90 days

TRADE TERM: DDP
FREIGHT TERM: Prepaid
SHIPPING METHOD: SEA
FORWARDER:

SHIP TO:
PHILIPS & LITE-ON DIGITAL SOLUTIONS USA
Inc. C/O SAM-SON DISTRIBUTION CENTER, INC
(PUC) 203 EGGERT ROAD, BUFFALO NY 14215
phone - (800) 677-2535, fax - (716) 894-7208 operations office, fax - (716) 894-7229 administration office
Operations Contact: Jim Ellis, Other Contact: Steve Northman, denisek@sam-son.com, enisek@sam-son.com
United States

BILL TO:
Philips & Lite-On Digital Solutions USA, Inc.
42000 Christy Street Fremont, CA 94538
United States

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) | CUSTOMER PO#: PULL ORDER NO |
|---|---|---|---|---|---|
| 1 | 3783506013 Ext. H/H BD COMBO-DX-6E2S-11-B(PX-B310U)(11)-PLEXTOR-G. | 500EA | 84.56 | 42,280.00 | |

TOTAL AMOUNT: 500.00EA 42,280.00

SAY TOTAL USD DOLLARS FORTY TWO THOUSAND TWO HUNDRED EIGHTY DOLLARS ONLY

LUII
(IN DIA)
DRIVERS
S/N.NO.: SIN100002200
P/NO.: 1-4
MADE IN CHINA
P.R.C
************************************************
ATTENTION: SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIAL(PLYWOOD ONLY)
& NOT TO BE STOWED BELOW OTHER CARGO
注意：非原木質包裝 &嚴禁壓疊
VESSEL NAME: ETD: ETA:
CONTAINER NO.

LITE-ON IT SINGAPORE PTE. LTD.

8 CROSS STREET #11-00
PWC BUILDING SINGAPORE (048424)

INVOICE

INVOICE DATE: 20-MAY-2011
INVOICE NO: SIN100002632
PAYMENT TERM: O/A 90 days

TRADE TERM: DDP
FREIGHT TERM: Prepaid
SHIPPING METHOD: SEA
FORWARDER:

SHIP TO:
PHILIPS & LITE-ON DIGITAL SOLUTIONS USA
Inc. C/O SAM-SON DISTRIBUTION CENTER,
INC
(PUC) 203 EGGERT ROAD, BUFFALO NY 14215
phone - (800) 677-2535, fax - (716) 894-
7208 operations office, fax - (716) 894-
7229 administration office
Operations Contact: Jim Ellis, Other
Contact: Steve Northman, denisek@sam-son.com, enisek@sam-son.com
United States

BILL TO:
Philips & Lite-On Digital Solutions
USA, Inc.
42000 Christy Street Fremont, CA 94538
United States

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) | CUSTOMER PO#: PULL ORDER NO |
|---|---|---|---|---|---|
| 1 | 3743524343 | 400EA | 16.12 | 6,448.00 | |
| | H/H DVDRW-DH-24ABS-T98-B(1HAS524)(T98)(B)-LUII-G.BOX-LA | | | | |

TOTAL AMOUNT: 400.00EA    6,448.00

SAY TOTAL USD DOLLARS SIX THOUSAND FOUR HUNDRED FORTY EIGHT DOLLARS ONLY

LUII
(IN DIA)
DRIVERS
S/N.NO.: SIN100002632
P/NO.: 1-1
MADE IN CHINA
P.R.C
*********************************************************
ATTENTION: SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIAL(PLYWOOD ONLY)
& NOT TO BE STOWED BELOW OTHER CARGO
注意:非原木質包裝 & 嚴禁堆疊
VESSEL NAME:                ETD:                ETA:

CONTAINER NO.

LITE-ON IT SINGAPORE PTE, LTD.

8 CROSS STREET #11-00
PWC BUILDING SINGAPORE (048424)

INVOICE

INVOICE DATE:20-MAY-2011
INVOICE NO:SIN100002833
PAYMENT TERM:O/A 90 days

TRADE TERM:DDP
FREIGHT TERM:Prepaid
SHIPPING METHOD:SEA
FORWARDER:

SHIP TO:
PHILIPS & LITE-ON DIGITAL SOLUTIONS USA
Inc. C/O SAM-SON DISTRIBUTION CENTER,
INC
(PUC) 203 EGGERT ROAD, BUFFALO NY 14215
phone - (800) 677-2535, fax - (716) 894-
7208 operations office, fax - (716) 894-
7229 administration office
Operations Contact: Jim Ellis, Other
Contact: Steve Northman, denisek@sam-
son.com, enisok@sam-son.com
United States

BILL TO:
Philips & Lite-On Digital Solutions
USA, Inc.
42000 Christy Street Fremont, CA 94538

United States

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) | CUSTOMER PO#: PULL ORDER NO |
|---|---|---|---|---|---|
| 1 | 3741518081 H/H DVDROM-DH-16D5S-L04-B(iHDS118)(04)(5)-LITEON-BULK-B | 1,600EA | 10.43 | 16,688.00 | |

TOTAL AMOUNT: 1,600.00EA   16,688.00

SAY TOTAL USD DOLLARS SIXTEEN THOUSAND SIX HUNDRED EIGHTY EIGHT DOLLARS ONLY

LUII
(IN DIA)
DRIVERS
S/N.NO.:SIN100002833
P/NO.:1-2
MADE IN CHINA
P.R.C
************************************************
ATTENTION: SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIAL(PLYWOOD ONLY)
& NOT TO BE STOWED BELOW OTHER CARGO
注意:非原木質包裝 & 嚴禁堆疊
VESSEL NAME:              ETD:              ETA:

CONTAINER NO.

LITE-ON IT SINGAPORE PTE. LTD.

8 CROSS STREET #11-00
PWC BUILDING SINGAPORE (048424)

INVOICE

INVOICE DATE: 20-MAY-2011
INVOICE NO: SIN100003156
PAYMENT TERM: O/A 90 days

TRADE TERM: DDP
FREIGHT TERM: Prepaid
SHIPPING METHOD: SEA
FORWARDER:

SHIP TO:
PHILIPS & LITE-ON DIGITAL SOLUTIONS USA
Inc. C/O SAM-SON DISTRIBUTION CENTER, INC
(PUC) 203 EGGERT ROAD, BUFFALO NY 14215
phone - (800) 677-2535, fax - (716) 894-7208 operations office, fax - (716) 894-7229 administration office
Operations Contact: Jim Ellis, Other
Contact: Steve Northman, denisek@sam-son.com, onisek@sam-son.com
United States

BILL TO:
Philips & Lite-On Digital Solutions USA, Inc.
42000 Christy Street Fremont, CA 94538
United States

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) | CUSTOMER PO#: PULL ORDER NO |
|---|---|---|---|---|---|
| 1 | 3743524275 H/H DVDRW-HH-24ABS-H01-B(DVD12601)-HP OSSB-G,BOX-DVD126 | 1,326EA | 16.06 | 21,295.56 | |

TOTAL AMOUNT: 1,326.00EA    21,295.56

SAY TOTAL USD DOLLARS TWENTY ONE THOUSAND TWO HUNDRED NINETY FIVE DOLLARS AND FIFTY SIX CENTS ONLY

LUII
(IN DIA)
DRIVERS
S/N.NO.:SIN100003156
P/NO.:1-4
MADE IN CHINA
P.R.C
********************************************************
ATTENTION: SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIAL(PLYWOOD ONLY)
& NOT TO BE STOWED BELOW OTHER CARGO
注意:非原木質包裝 &嚴禁堆疊

VESSEL NAME:    ETD:    ETA:

CONTAINER NO.

LITE-ON IT SINGAPORE PTE. LTD.

8 CROSS STREET #11-00
PWC BUILDING SINGAPORE (048424)

INVOICE

INVOICE DATE: 20-MAY-2011
INVOICE NO: SIN100003158
PAYMENT TERM: O/A 90 days

TRADE TERM: DDP
FREIGHT TERM: Prepaid
SHIPPING METHOD: SEA
FORWARDER:

SHIP TO:
PHILIPS & LITE-ON DIGITAL SOLUTIONS USA
Inc. C/O SAM-SON DISTRIBUTION CENTER, INC
(PUC) 203 EGGERT ROAD, BUFFALO NY 14215
phone - (800) 677-2535, fax - (716) 894-7208 operations office, fax - (716) 894-7229 administration office
Operations Contact: Jim Ellis, Other Contact: Steve Northman, donisek@sam-son.com, onisek@sam-son.com
United States

BILL TO:
Philips & Lite-On Digital Solutions USA, Inc.
42000 Christy Street Fremont, CA 94538
United States

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) | CUSTOMER PO#: PULL ORDER NO |
|---|---|---|---|---|---|
| 1 | 3743524280 H/H DVDRW-HH-24ABL-H01-B(DVD1270I)-HP OSSB-G,BOX-DVD127 | 654EA | 16.65 | 10,889.10 | |

TOTAL AMOUNT: 654.00EA    10,889.10

SAY TOTAL USD DOLLARS TEN THOUSAND EIGHT HUNDRED EIGHTY NINE DOLLARS AND TEN CENTS ONLY

LU1I
(IN DIA)
DRIVERS
S/N.NO.: SIN100003158
P/NO.: 1-2
MADE IN CHINA
P.R.C
**********************************************************
ATTENTION: SHIPMENT CONTAINS NO REGULATED WOOD PACKING MATERIAL(PLYWOOD ONLY)
& NOT TO BE STOWED BELOW OTHER CARGO
注意:非原木質包裝 &嚴禁堆疊
VESSEL NAME:           ETD:              ETA:
CONTAINER NO.