# EXHIBIT 13



## OHL (Taiwan) Limited
天豪全球物流股份有限公司

台北市大安區忠孝東路4段285號9樓之3
9F-3, No.285, Sec. 4, Chung Hsiao E. Rd., Taipei, Taiwan R.O.C.
TEL: 886-2-8772-6868    FAX: 886-2-8772-2025

# TAX INVOICE SDEK10008033 (ORIGINAL)

LITE-ON IT SINGAPORE PTE. LTD.
8 CROSS STREET #11-00, PWC BUILDING
048424 SINGAPORE
SINGAPORE

ACCOUNT: LITONISIN
PAGE: 1 of 1
INVOICE DATE: 31-May-11
DUE DATE: 31-May-11
TERMS: Cash on Delivery
SHIPMENT: SDEK10008033
CONSOL: C00264007

| CONSIGNOR | CONSIGNEE |
|---|---|
| LET(HK)LIMITED C/O PHILIPS & LITE-ON DIGITAL SOLUT | PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC. |

**CLIENT / ORDER REFERENCE**
SDEK10008033 /

**GOODS DESCRIPTION**
DRIVERS

| BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
|  | 7304.59 KG | 39.21 M3 | 39.21 M3 | 802CTN |

| VESSEL / VOYAGE / IMO(Lloyds) | OCEAN BILL OF LADING | HOUSE BILL OF LADING |
|---|---|---|
| SUEZ CANAL BRIDGE / 047A / 9230311 | COSU6030603280 | DEK10008033 |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| CNBHY = Beihai, China | 21-May-11 | USBUF = Buffalo, United States | 23-Jun-11 |

**CONTAINER NUMBER (TYPE)**
CBHU1842324 (40GP)

| DESCRIPTION | VAT IN USD | CHARGES IN USD |
|---|---|---|
| OCEAN FREIGHT    USD5285 @ 40'*1 (EX BHY ALL-WATER) | Zero Rated | 5,285.00 |

*ATTN: EVA #8898
INV# SIN100003142/3139/3140/2200/2632/2833/3156/3158

EXHIBIT
Abella 13
Feb 6, 2013
B.S.

Please contact us within 7 days should there be any discrepancies.

| | |
|---|---|
| SUBTOTAL | 5,285.00 |
| ADD VAT | 0.00 |
| **TOTAL USD** | **5,285.00** |

**EFT Payments To:**
Bank              SWIFT: SCBLTWTP
Account   018-1-091404-0
STANDARD CHARTERED BANK (TAIWAN)
NO.168, TUN HWA N. RD, TAIPEI, TAIWAN
Pay Ref   LITONISIN SDEK10008033 00059934
Due       USD 0.00           Invoiced: USD 5,285.00
Issued by: Cecilia Yu-Fang Shih

**Mail Payments To:**
OHL (TAIWAN) LIMITED
9F-3, NO. 285, SEC. 4 CHUNG HSIAO E. RD.
DA-AN DISTRICT
TAIPEI TAIWAN
TAIWAN



# OHL (Taiwan) Limited
## 天豪全球物流股份有限公司

台北市大安區忠孝東路4段285號9樓之3
9F-3, No.285, Sec. 4, Chung Hsiao E. Rd., Taipei, Taiwan R.O.C.
TEL: 886-2-8772-6868    FAX: 886-2-8772-2025

# TAX INVOICE SDEK10008033/B (ORIGINAL)

LITE-ON IT SINGAPORE PTE. LTD.
8 CROSS STREET #11-00, PWC BUILDING
048424 SINGAPORE
SINGAPORE

**ACCOUNT:** LITONISIN
**PAGE:** 1 of 1
**INVOICE DATE:** 30-Jun-11
**DUE DATE:** 30-Jun-11
**TERMS:** Cash on Delivery
**SHIPMENT:** SDEK10008033
**CONSOL:** C00264007

| CONSIGNOR | CONSIGNEE |
|---|---|
| LET(HK)LIMITED C/O PHILIPS & LITE-ON DIGITAL SOLUT | PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC. |

**CLIENT / ORDER REFERENCE**
SDEK10008033 /

**GOODS DESCRIPTION**
DRIVERS

| BROKER | WEIGHT | VOLUME | CHARGEABLE | PACKAGES |
|---|---|---|---|---|
|  | 7304.59 KG | 39.21 M3 | 39.21 M3 | 802CTN |

| VESSEL / VOYAGE / IMO(Lloyds) | OCEAN BILL OF LADING | HOUSE BILL OF LADING |
|---|---|---|
| SUEZ CANAL BRIDGE / 047A / 9230311 | COSU6030603280 | DEK10008033 |

| ORIGIN | ETD | DESTINATION | ETA |
|---|---|---|---|
| CNBHY = Beihai, China | 21-May-11 | USBUF = Buffalo, United States | 23-Jun-11 |

**CONTAINER NUMBER (TYPE)**
CBHU1842324 (40GP)

| DESCRIPTION | VAT IN USD | CHARGES IN USD |
|---|---|---|
| DUTY | Zero Rated | 876.39 |

*ATTN: EVA #8898
INV# SIN100003142/3139/3140/2200/2632/2833/3156/3158

Please contact us within 7 days should there be any discrepancies.

| | |
|---|---|
| SUBTOTAL | 876.39 |
| ADD VAT | 0.00 |
| **TOTAL USD** | **876.39** |

**EFT Payments To:**
Bank    **SWIFT:** SCBLTWTP
Account   018-1-091404-0
STANDARD CHARTERED BANK (TAIWAN)
NO.168, TUN HWA N. RD, TAIPEI, TAIWAN
Pay Ref   LITONISIN SDEK10008033/B 00062388
Due    USD 0.00    Invoiced: USD 876.39
Issued by: Cecilia Yu-Fang Shih

**Mail Payments To:**
OHL (TAIWAN) LIMITED
9F-3, NO. 285, SEC. 4 CHUNG HSIAO E. RD.
DA-AN DISTRICT
TAIPEI TAIWAN
TAIWAN

| Invoice: Number | Invoice: Date | GL Date | Invoice: Amount | Payment Amount | [ ] |
|---|---|---|---|---|---|
| SDEK10007887/A | 24-Aug-11 | 14-Sep-11 | 150.00 | 150.00 | |
| SDEK10007768/A | 24-Aug-11 | 14-Sep-11 | 150.00 | 150.00 | |
| SDEK10007606/B | 24-Aug-11 | 14-Sep-11 | 139.96 | 139.96 | |
| SSFO10002013 | 29-Aug-11 | 14-Sep-11 | 1,110.00 | 1,110.00 | |
| SDEK10007666/B | 24-Aug-11 | 14-Sep-11 | 790.54 | 790.54 | |
| SDEK10007611/B | 24-Aug-11 | 14-Sep-11 | 746.64 | 746.64 | |
| SDEK10007394/B | 24-Aug-11 | 14-Sep-11 | 718.10 | 718.10 | |
| SDEI10039942/B | 24-Aug-11 | 14-Sep-11 | 674.66 | 674.66 | |
| SDEK10008087/A | 24-Aug-11 | 14-Sep-11 | 660.60 | 660.60 | |
| SDEK10007769 | 24-Aug-11 | 14-Sep-11 | 588.50 | 588.50 | |
| SDEK10007681/B | 24-Aug-11 | 14-Sep-11 | 582.09 | 582.09 | |
| SDEK10007314/B | 24-Aug-11 | 14-Sep-11 | 581.56 | 581.56 | |
| SDEK10007885/A | 24-Aug-11 | 14-Sep-11 | 557.60 | 557.60 | |
| SDEK10007999 | 24-Aug-11 | 14-Sep-11 | 510.40 | 510.40 | |
| SDEK10007625/B | 24-Aug-11 | 14-Sep-11 | 504.59 | 504.59 | |
| SDEK10007888 | 24-Aug-11 | 14-Sep-11 | 503.80 | 503.80 | |
| SDEK10007998 | 24-Aug-11 | 14-Sep-11 | 486.80 | 486.80 | |
| SDEK10008084/C | 24-Aug-11 | 14-Sep-11 | 437.20 | 437.20 | |
| SDEK10007928/A | 24-Aug-11 | 14-Sep-11 | 275.00 | 275.00 | |
| SDEK10008091/A | 24-Aug-11 | 14-Sep-11 | 272.80 | 272.80 | |
| SDEK10008086 | 24-Aug-11 | 14-Sep-11 | 253.00 | 253.00 | |
| SDEI10039963/B | 24-Aug-11 | 14-Sep-11 | 245.30 | 245.30 | |
| SDEK10008002/A | 24-Aug-11 | 14-Sep-11 | 200.40 | 200.40 | |
| SDEK10007889 | 24-Aug-11 | 14-Sep-11 | 191.20 | 191.20 | |
| SDEK10007886/A | 24-Aug-11 | 14-Sep-11 | 170.00 | 170.00 | |
| SDEK10007931 | 24-Aug-11 | 14-Sep-11 | 150.00 | 150.00 | |
| SDEK10008004/A | 24-Aug-11 | 14-Sep-11 | 150.00 | 150.00 | |
| SDEK10007855/A | 24-Aug-11 | 14-Sep-11 | 4,050.00 | 4,050.00 | |
| SDEK10008100/A | 24-Aug-11 | 14-Sep-11 | 4,050.00 | 4,050.00 | |
| SDEK10007884 | 24-Aug-11 | 14-Sep-11 | 3,926.20 | 3,926.20 | |
| SDEK10007849/A | 24-Aug-11 | 14-Sep-11 | 3,640.00 | 3,640.00 | |
| SDEK10008032/A | 24-Aug-11 | 14-Sep-11 | 3,450.00 | 3,450.00 | |
| SDEK10007850/A | 24-Aug-11 | 14-Sep-11 | 3,345.00 | 3,345.00 | |
| SDEK10007766/A | 24-Aug-11 | 14-Sep-11 | 3,020.70 | 3,020.70 | |
| SDEK10007323 | 24-Aug-11 | 14-Sep-11 | 2,800.00 | 2,800.00 | |
| SDEK10007949/A | 24-Aug-11 | 14-Sep-11 | 2,785.00 | 2,785.00 | |
| SDEK10007997/A | 24-Aug-11 | 14-Sep-11 | 2,699.40 | 2,699.40 | |
| SDEK10007925/A | 24-Aug-11 | 14-Sep-11 | 2,612.60 | 2,612.60 | |
| SDEK10008098 | 24-Aug-11 | 14-Sep-11 | 2,390.00 | 2,390.00 | |
| SDEK10007403/B | 24-Aug-11 | 14-Sep-11 | 2,268.97 | 2,268.97 | |
| SDEK10007606/A | 24-Aug-11 | 14-Sep-11 | 2,200.00 | 2,200.00 | |
| SDEK10007474/B | 24-Aug-11 | 14-Sep-11 | 1,679.91 | 1,679.91 | |
| SDEK10007619/B | 24-Aug-11 | 14-Sep-11 | 1,283.14 | 1,283.14 | |
| SDEK10007770 | 24-Aug-11 | 14-Sep-11 | 1,133.87 | 1,133.87 | |
| SDEK10007926/A | 24-Aug-11 | 14-Sep-11 | 1,057.10 | 1,057.10 | |
| SDEK10007930 | 24-Aug-11 | 14-Sep-11 | 1,012.20 | 1,012.20 | |
| SDEK10007473/B | 24-Aug-11 | 14-Sep-11 | 895.65 | 895.65 | |
| SDEK10007467/B | 24-Aug-11 | 14-Sep-11 | 879.15 | 879.15 | |
| SDEK10007595/B | 24-Aug-11 | 14-Sep-11 | 872.13 | 872.13 | |
| SDEK10007533/B | 24-Aug-11 | 14-Sep-11 | 794.60 | 794.60 | |
| SDEK10007716/A | 24-Aug-11 | 14-Sep-11 | 14,872.52 | 14,872.52 | |
| SDEK10008016 | 24-Aug-11 | 14-Sep-11 | 13,500.00 | 13,500.00 | |
| SDEK10007771/A | 24-Aug-11 | 14-Sep-11 | 8,900.00 | 8,900.00 | |
| SDEK10008034 | 24-Aug-11 | 14-Sep-11 | 8,355.00 | 8,355.00 | |
| SDEK10008027/A | 24-Aug-11 | 14-Sep-11 | 7,395.00 | 7,395.00 | |
| SDEK10008033 | 24-Aug-11 | 14-Sep-11 | 5,285.00 | 5,285.00 | |
| SDEK10007678/A | 24-Aug-11 | 14-Sep-11 | 5,050.00 | 5,050.00 | |
| SDEK10008013/A | 24-Aug-11 | 14-Sep-11 | 4,700.00 | 4,700.00 | |
| SDEK10008083 | 24-Aug-11 | 14-Sep-11 | 4,597.80 | 4,597.80 | |
| SDEK10007937 | 24-Aug-11 | 14-Sep-11 | 4,070.00 | 4,070.00 | |
| SDEK10007856 | 24-Aug-11 | 14-Sep-11 | 4,050.00 | 4,050.00 | |
| SDEK10007943/A | 24-Aug-11 | 14-Sep-11 | 4,050.00 | 4,050.00 | |
| SDEK10007792/A | 24-Aug-11 | 14-Sep-11 | 4,050.00 | 4,050.00 | |
| | | | Total : | 153,521.68 | |

(CITIBANK OBU) TRADE CERTIFICATION 交易憑證 / DEBIT ADVICE

正本 (Original)



交易編號 (REF NO): AMMH3721257329    DATE: 2011/09/14

LITE-ON IT SINGAPORE PTE LTD

114 台北市內湖區瑞光路392號
12樓

匯款金額 (AMOUNT)     : USD153,521.68        匯率 (RATE): 0
等值金額 (EQUVALENT)  : USD153,521.68

受款銀行 (BENEFICIARY BANK): SCBLTWTP
SCBLTWTP

受款人 (BENEFICIARY)    : 01810914040
OHL TAIWAN LIMITED

匯款明細 (DETAILS OF PAYMENT):        對方編號 (THEIR REF): 074665-20110914

相關費用 (CHARGES): 本行已將下列費用自 受款人帳戶中扣除 (WE DEBIT OUR HANDLING CHARGE FROM BENEFICI
手續費 (COMMISSION): USD15.00           郵電費 (CABLE): USD 0
費用總計 (TOTAL CHARGE): USD15.00
本行已將下列費用自 貴帳戶中扣除 (WE HAVE DEBITED YOUR ACCOUNT NO.) 5049322501  USD 153,521.68
交易生效日 (VALUE DATE): 2011/09/14

THIS CONFIRMATION ADVICE REQUIRES NO AUTHORIZED SIGNATURE FROM CITIBANK TAIWAN LIMITED
CITIBANK TAIWAN LIMITED  TAIPEI BRANCH

若您有任何問題,請撥企業機構
客戶服務專線 0800-001-686

THIS CONFIRMATION IS A CONCLUSIVE EVIDENCE OF THE AMOUNT, THE BENEFICIARY AND OTHER REMITTING INFORMATION RELATING TO THE REMITTANCE REQUESTED BY THE CUSTOMER

2014/3852