EXHIBIT 24



# PLDS

**INVOICE**

PHILIPS & LITE-ON DIGITAL SOLUTIONS USA INC.
LITE-ON Group

42000 Christy Street,
Fremont, CA 94538
Tel: 510-687-1800
Fax: 510-687-1900

Invoice Number :

PGL1028443

Invoice Date :

09-JUN-2011

SHIP TO:
Fry's Electronics Inc #37 - Irving
2488 Market Place Blvd
Irving, TX, 75063
United States

BILL TO:
FRY'S ELECTRONICS, INC. - Accounts
Payable Department # 2
600 E. Brokaw Road
San Jose, CA, 95112
United States

```
CUSTOMER PO: 17257465                      TRADE TERM:F.O.B
PAYMENT TERM:O/A 90 days                   FREIGHT TERM:Prepaid
DUE DATE:     07-SEP-11                    SHIPPING METHOD:TRUCK
====== ============================= ============== ============== ===============
 SEQ          PART NO                 QUANTITY       UNIT PRICE     AMOUNT  (USD)
              DESCRIPTION                              (USD)        GSX
====== ============================= ============== ============== ===============
  1    3743524275                      6.00EA          33.00          198.00
       H/H DVDRW-HH-24ABS-H01-B(DVD1260I)-HP OSSB-G.BOX-
       DVD1260I US BLACK 6 IN 1


       ----------------------------------------------------------------
       TOTAL AMOUNT:                    6.00EA                         198.00
       EXCHANGE RATE USD:FRY'S ELECTRONICS=1:(FRY'S ELECTRONICS)        198.00

       SAY TOTAL USD DOLLARS ONE HUNDRED NINETY EIGHT  DOLLARS   ONLY


Shipping Inst:                         Packining Inst:Ship FedEx
Discount Term:
Remark:
Country of Origin: China
```



EXHIBIT
Abella 2
Feb 6, 2013
B.S.

Goods remain property of Philips & Lite-on Digital Solutions USA, Inc. until full payment have been settled and received by seller.
Any short-payment to this invoice without prior authorization will result in credit hold on future shipment.

# PLDS

**INVOICE**

PHILIPS & LITE-ON DIGITAL SOLUTIONS USA INC.
LITE-ON Group

42000 Christy Street,
Fremont, CA 94538
Tel: 510-687-1800
Fax: 510-687-1900

Invoice Number:
PGL1028711
Invoice Date:
25-JUN-2011

SHIP TO:
Syx Distribution Inc.
175 Ambassador Drive
Naperville, IL, 60540
United States

BILL TO:
SYX Distribution Inc,
7795 West Flagler Street Suite 35
Miami, FL, 33144
United States

---

CUSTOMER PO: 80694263
PAYMENT TERM: O/A 30 days
DUE DATE:    25-JUL-11

TRADE TERM:
FREIGHT TERM:
SHIPPING METHOD: TRUCK

| SEQ | PART NO DESCRIPTION | QUANTITY | UNIT PRICE (USD) | AMOUNT (USD) GSX |
|---|---|---|---|---|
| 1 | 3741518081<br>H/H DVDROM-DH-18D5S-L04-B(iHDS118)(04)(5)-LITEON-BULK-BLACK | 220.00EA | 16.50 | 3,630.00 |
| 2 | 3743522414<br>H/H DVDRW-DH-22AWP-L04-B(iHAP122)(04)(W)-LITEON-BULK-BLACK | 400.00EA | 18.00 | 7,200.00 |

---

TOTAL AMOUNT:                                    620.00EA              10,830.00
EXCHANGE RATE USD:Syx=1:(Syx)                                          10,830.00

SAY TOTAL USD DOLLARS TEN THOUSAND EIGHT HUNDRED THIRTY  DOLLARS  ONLY

Shipping Inst: Prepaid DBA          Packining Inst:
Discount Term:
Remark:
Country of Origin: China

---

Goods remain property of Philips & Lite-on Digital Solutions USA, Inc. until full payment have been settled and received by seller.
Any short-payment to this invoice without prior authorization will result in credit hold on future shipment.

# PLDS

**PHILIPS & LITE-ON DIGITAL SOLUTIONS USA INC.**
LITE-ON Group

42000 Christy Street,
Fremont, CA 94538
Tel: 510-687-1800
Fax: 510-687-1900

**INVOICE**

Invoice Number : PGL1028920

Invoice Date : 30-JUN-2011

```
SHIP TO:                                          BILL TO:
MAGNELL ASSOCIATE, INC. DBA NEWEGG.COM            MAGNELL ASSOCIATE, INC. DBA NEWEGG.COM
17708 Rowland St.,                                16839 E. Gale Ave., City of Industry,
Industry, CA, 91748                               CA 91745
United States                                     City of Industry, CA, 91745
                                                  United States


CUSTOMER PO: 2179327                 TRADE TERM:
PAYMENT TERM:O/A 45 days             FREIGHT TERM:
DUE DATE:   14-AUG-11                SHIPPING METHOD:
====== ================================ ============== ============== ==============
 SEQ         PART NO                     QUANTITY       UNIT PRICE     AMOUNT  (USD)
             DESCRIPTION                                (USD)          GSX
====== ================================ ============== ============== ==============
  1      3783506013                       4.00EA         125.00            500.00
         Ext. H/H BD COMBO-DX-6E2S-11-B(PX-B310U)(11)-PLEXTOR-
         G.BOX-BL USA

  2      3743522426                      30.00EA          29.00            870.00
         H/H DVDRW-EH-22AWH-12-B(PX-L871A)(28)-PLEXTOR-BULK-US

  3      3744524024                      24.00EA          65.00          1,560.00
         Ext. H/H DVDRW-EX-24ABLH-12-B(PX-L890UE)-PLEXTOR-G.BOX-
         US

  4      3734208257                       8.00EA          58.00            464.00
         Ext. SLIM DVDRW 12.7 TRAY-EB-8A5B-13-C(PX-L611U)-
         PLEXTOR-G.BOX-US

---------------------------------------------------------------------
         TOTAL AMOUNT:                   66.00EA                         3,394.00
         EXCHANGE RATE USD:MAGNELL=1:(MAGNELL)                           3,394.00

         SAY TOTAL USD DOLLARS THREE THOUSAND THREE HUNDRED NINETY FOUR   DOLLARS
         ONLY
```

Goods remain property of Philips & Lite-on Digital Solutions USA, Inc. until full payment have been settled and received by seller.
Any short-payment to this invoice without prior authorization will result in credit hold on future shipment.


# PLDS

**PHILIPS & LITE-ON DIGITAL SOLUTIONS USA INC.**
LITE-ON Group

42000 Christy Street,
Fremont, CA 94538
Tel: 510-687-1800
Fax: 510-687-1900

**INVOICE**

Invoice Number:

PUC1010657

Invoice Date:

30-JUN-2011

```
SHIP TO:                                      BILL TO:
MAGNELL ASSOCIATE, INC. DBA NEWEGG.COM        MAGNELL ASSOCIATE, INC. DBA NEWEGG.COM
45 Patrick Ave., Dock# 9-17,                  16839 E. Gale Ave., City of Industry,
Edison, NJ, 08837                             CA 91745
United States                                 City of Industry, CA, 91745
                                              United States


----------------------------------------------------------------------------------
CUSTOMER PO: 2179325                   TRADE TERM:
PAYMENT TERM:O/A 45 days               FREIGHT TERM:
DUE DATE:    14-AUG-11                 SHIPPING METHOD:
====== ============================== ============== ============== ==============
 SEQ            PART NO                  QUANTITY      UNIT PRICE    AMOUNT  (USD)
              DESCRIPTION                                (USD)         GSX
====== ============================== ============== ============== ==============
   1
        3743224016                        7.00EA         22.00          154.00
        H/H DVDRW-HH-24AAS-H01-C(DVD1260I)-HP OSSB-G.BOX-
        DVD1260I US


   2
        3743524186                       10.00EA         22.00          220.00
        H/H DVDRW-HH-24AYS-H01-B(DVD1260I)-HP OSSB-G.BOX-US



   3
        3743524275                       72.00EA         22.00        1,584.00
        H/H DVDRW-HH-24ABS-H01-B(DVD1260I)-HP OSSB-G.BOX-
        DVD1260I US BLACK 6 IN 1


   4
        3772512006                       12.00EA        140.00        1,680.00
        H/H BD WRITER-HH-12B2LH-H01-B(BD340I)-HP OSSB-G.BOX-US
        6 IN 1




----------------------------------------------------------------------------------
        TOTAL AMOUNT:                    101.00EA                     3,638.00
        EXCHANGE RATE USD:MAGNELL=1:(MAGNELL)                         3,638.00
        SAY TOTAL USD DOLLARS THREE THOUSAND SIX HUNDRED THIRTY EIGHT  DOLLARS   ONLY
```

Goods remain property of Philips & Lite-on Digital Solutions USA, Inc. until full payment have been settled and received by seller.
Any short-payment to this invoice without prior authorization will result in credit hold on future shipment.

# PLDS

**INVOICE**

PHILIPS & LITE-ON DIGITAL SOLUTIONS USA INC.
LITE-ON Group

42000 Christy Street,
Fremont, CA 94538
Tel: 510-687-1800
Fax: 510-687-1900

Invoice Number: PUC1010552

Invoice Date: 04-JUN-2011

SHIP TO:
Syx Distribution Inc.
175 Ambassador Drive
Naperville, IL, 60540
United States

BILL TO:
SYX Distribution Inc,
7795 West Flagler Street Suite 35
Miami, FL, 33144
United States

```
CUSTOMER PO: 80690031              TRADE TERM:
PAYMENT TERM: O/A 30 days          FREIGHT TERM:
DUE DATE:    04-JUL-11             SHIPPING METHOD: TRUCK
====== ================================ ============= ============= ==============
 SEQ          PART NO                   QUANTITY      UNIT PRICE    AMOUNT (USD)
              DESCRIPTION                             (USD)         GSX
====== ================================ ============= ============= ==============
  1      3733208424                       30.00EA       28.00          840.00
         SLIM DVDRW 12.7 TRAY-DS-8A5S-01-C-PLDS-BULK-

  2      3772512012                      200.00EA      120.00       24,000.00
         H/H BD WRITER-DH-12B2SH-L29-B(iHBS112)(29)-LUII-BULK-W/
         3D SW

  3      3743522415                      144.00EA       23.00        3,312.00
         H/H DVDRW-DH-22AWP-L98-B(iHAP322)(98)(W)-LUII-G.BOX-
         BLACK

  4      3743522418                      192.00EA       22.00        4,224.00
         H/H DVDRW-DH-22AWH-L98-B(iHAP422)(98)(W)-LUII-G.BOX-
```

Goods remain property of Philips & Lite-on Digital Solutions USA, Inc. until full payment have been settled and received by seller.
Any short-payment to this invoice without prior authorization will result in credit hold on future shipment.



**PHILIPS & LITE-ON DIGITAL SOLUTIONS USA INC.**
LITE-ON Group

42000 Christy Street,
Fremont, CA 94538
Tel: 510-687-1800
Fax: 510-687-1900

Invoice Number :

PUC1010565
Invoice Date :

11-JUN-2011

```
SHIP TO:                                      BILL TO:
MAGNELL ASSOCIATE, INC. DBA NEWEGG.COM        MAGNELL ASSOCIATE, INC. DBA NEWEGG.COM
45 Patrick Ave., Dock# 9-17,                  16839 E. Gale Ave., City of Industry,
Edison, NJ, 08837                             CA 91745
United States                                 City of Industry, CA, 91745
                                              United States


CUSTOMER PO: 2161470                   TRADE TERM:
PAYMENT TERM:O/A 45 days               FREIGHT TERM:
DUE DATE:    26-JUL-11                 SHIPPING METHOD:
====== ================================ ============== ============== ==============
 SEQ          PART NO                    QUANTITY       UNIT PRICE    AMOUNT  (USD)
              DESCRIPTION                                  (USD)        GSX
====== ================================ ============== ============== ==============
   1
        3733208424                           60.00EA         28.00          1,680.00
        SLIM DVDRW 12.7 TRAY-DS-8A5S-01-C-PLDS-BULK-


   2    3772512013                          120.00EA        130.00         15,600.00
        H/H BD WRITER-DH-12B2LH-L08-B(iHBS212)(08)-LITEON-
        G.BOX-


        -------------------------------------------------------------------
        TOTAL AMOUNT:                        180.00EA                      17,280.00
        EXCHANGE RATE USD:MAGNELL=1:(MAGNELL)                               17,280.00
        SAY TOTAL USD DOLLARS SEVENTEEN THOUSAND TWO HUNDRED EIGHTY  DOLLARS   ONLY


Shipping Inst:PREPAID-SAM SON           Packining Inst:
Discount Term:
Remark:
Country of Origin: China
```

Goods remain property of Philips & Lite-on Digital Solutions USA, Inc. until full payment have been settled and received by seller.
Any short-payment to this invoice without prior authorization will result in credit hold on future shipment.



**PHILIPS & LITE-ON DIGITAL SOLUTIONS USA INC.**
LITE-ON Group

42000 Christy Street,
Fremont, CA 94538
Tel: 510-687-1800
Fax: 510-687-1900

Invoice Number :

PGL1028840

Invoice Date :

25-JUN-2011

```
SHIP TO:                              BILL TO:
Best Buy Canada DC#1071               Best Buy Canada Ltd.
Best Buy East DC, 9200 Airport Road,  8800 Glenlyon Parkway,
Brampton, ON, L6S 6G6                 Burnaby, BC, V5J 5K3
Canada                                Canada


---------------------------------------------------------------------------
CUSTOMER PO: 34100316             TRADE TERM:
PAYMENT TERM:O/A 45 days          FREIGHT TERM:
DUE DATE:    09-AUG-11            SHIPPING METHOD:
====== ============================ =============== =============== ===============
 SEQ          PART NO                QUANTITY        UNIT PRICE      AMOUNT  (USD)
              DESCRIPTION                              (USD)          GSX
====== ============================ =============== =============== ===============
  1
          3737208069                    432.00EA          35.00        15,120.00
          Ext. SLIM DVDROM 12.7 TOP LOAD-HT-8D1U-H01-C(RM475E)-HP       1,965.60
          OSSB-G.BOX-US 6 IN 1


  2
          3744524018                    120.00EA          55.00         6,600.00
          Ext. H/H DVDRW-HX-24AAL-H01-B(DVD1270E)-HP OSSB-G.BOX-          858.00
          US 4 IN 1


  3
          3743524280                    108.00EA          35.00         3,780.00
          H/H DVDRW-HH-24ABL-H01-B(DVD1270I)-HP OSSB-G.BOX-              491.40
          DVD1270I US 6 IN 1



---------------------------------------------------------------------------
   TOTAL AMOUNT:                       660.00EA                        25,500.00
   HST AMOUNT:                           13%                            3,315.00
   AMOUNT DUE:                                                         28,815.00
   EXCHANGE RATE USD:BEST BUY CANADA LTD=1:(BEST BUY CANADA LTD)       25,500.00
                                                                       3,315.00
                                                                      28,815.00

   SAY TOTAL USD DOLLARS TWENTY FIVE THOUSAND FIVE HUNDRED  DOLLARS    ONLY


Shipping Inst:Prepaid Gurza          Packining Inst:
Discount Term:
Remark:
```

Goods remain property of Philips & Lite-on Digital Solutions USA, Inc. until full payment have been settled and received by seller.
Any short-payment to this invoice without prior authorization will result in credit hold on future shipment.



# PLDS

**INVOICE**

PHILIPS & LITE-ON DIGITAL SOLUTIONS USA INC.
LITE-ON Group

42000 Christy Street,
Fremont, CA 94538
Tel: 510-687-1800
Fax: 510-687-1900

Invoice Number :

PGL1028925
Invoice Date :

30-JUN-2011

```
SHIP TO:                              BILL TO:
TIGERDIRECT JEFFERSON WH              SYX Distribution Inc,
235 Hog Mountain Road                 7795 West Flagler Street Suite 35
Jefferson, GA, 30549                  Miami, FL, 33144
United States                         United States


-----------------------------------------------------------------------
CUSTOMER PO: 80698988              TRADE TERM:
PAYMENT TERM:O/A 30 days           FREIGHT TERM:
DUE DATE:    30-JUL-11             SHIPPING METHOD:TRUCK
====== ============================ ============== ============== ==============
  SEQ           PART NO              QUANTITY       UNIT PRICE    AMOUNT  (USD)
              DESCRIPTION                              (USD)        GSX
====== ============================ ============== ============== ==============
   1
        3744524009                    24.00EA         42.00         1,008.00
        Ext. H/H DVDRW-DX-24AALX-L08-B(eHAU424)(08)(A)-LUII-
        G.BOX-BLACK COVER


        3743524343                    36.00EA         22.00           792.00
        H/H DVDRW-DH-24ABS-T98-B(iHAS524)(T98)(B)-LUII-G.BOX-
        LABEL TAG




-----------------------------------------------------------------------
   TOTAL AMOUNT:                       60.00EA                      1,800.00
   EXCHANGE RATE USD:Syx=1:(Syx)                                    1,800.00
   SAY TOTAL USD DOLLARS ONE THOUSAND EIGHT HUNDRED  DOLLARS   ONLY


 Shipping Inst:Prepaid DBA         Packining Inst:
 Discount Term:
 Remark:
 Country of Origin: China
```

Goods remain property of Philips & Lite-on Digital Solutions USA, Inc. until full payment have been settled and received by seller.
Any short-payment to this invoice without prior authorization will result in credit hold on future shipment.